**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YOHANGEL AROSTEGUI-GARCIA, | Case No.: 2:26-cv-01661-APG-NJK |
| Petitioner | **Order Setting Evidentiary Hearing** |
| v. | |
| JOHN MATTOS, et al., | |
| Respondents | |

Petitioner Yohangel Arostegui-Garcia seeks release from ICE detention based on a defective warrant, among other grounds.  I ordered the respondents to show cause why I should not grant the petition and order his release based on the unsigned warrant.  The respondents have now produced a signed version of that warrant. ECF No. 11-1 at 2.  But they offer no explanation why one version is signed and the other is not. *Compare* ECF No. 7-1 at 2 *with* ECF No. 11-1 at 2.

I will conduct an evidentiary hearing on **Tuesday, July 14, 2026 at 2:30 p.m.** in Las Vegas Courtroom 6C to address the discrepancy of these two warrants.  The respondents (not including John Mattos) must present one or more witnesses to testify about that discrepancy, the signatures on the second warrant, and related issues.

DATED this 6th day of July, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE