UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Yohangel Arostegui-Garcia,

        Petitioner,

    v.

John Mattos, *et al.*,

        Respondents.

Case No. 2:26-cv-01661-APG-NJK

**Order to Transport Petitioner**

In accordance with the Order of this Court filed on July 6, 2026 [ECF No. 13] ordering an evidentiary hearing to be held July 14, 2026 at 2:30 p.m.:

**It Is Hereby Ordered** that U.S. Immigration and Customs Enforcement (ICE) and/or the Department of Homeland Security (DHS) will transport Petitioner **Yohangel Arostegui-Garcia, (A245462313)**, to the Lloyd D. George Courthouse, 333 South Las Vegas Boulevard, Las Vegas, Nevada, to personally attend the evidentiary hearing scheduled for July 14, 2026 at 2:30 p.m. in Courtroom 6C before the Honorable Andrew P. Gordon.

The Clerk of Court additionally shall provide a copy of this order to the U.S. Marshal's Las Vegas office.

Dated: July <u>9th</u>, 2026.

_____

Andrew P. Gordon
Chief United States District Judge